# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JAY HOROB and MICHELLE HOROB, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTENNIAL HOMES OF WILLISTON, INC., a North Dakota corporation; and FRIENDSHIP HOMES OF MINNESOTA, INC., a Minnesota corporation, <br><br> Defendants. | CV 14-32-GF-BMM <br><br> **ORDER** |

The Court conducted a hearing on all pending motions on November 24, 2015. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Defendant Centennial Homes' Motion for Summary Judgment (Doc. 57) is GRANTED with respect to Counts 5, 6 and 7 of the Complaint. Centennial Homes' Motion for Summary Judgment is DENIED in all other respects.

2. Defendant Friendship Homes' Motion for Partial Summary Judgment (Doc. 53) is GRANTED with respect to Counts 1, 6 and 7. Friendship Homes' Motion for Partial Summary Judgment is DENIED in all other respects.

3. Friendship Homes' Motion in Limine (Doc. 63) is GRANTED in part, and DENIED in part, as described in open court.

4. Centennial Homes' Motion in Limine (Doc. 65) is GRANTED in part, and DENIED in part, as described in open court.

5. Counts 1, 5, 6 and 7 of the Complaint are DISMISSED with prejudice.

DATED this 7th day of December, 2015.

Brian Morris
United States District Court Judge